Kyle E. Edgerton
Nevada Bar No. 15404
Edgerton Legal, LLC
P.O. Box 21493
Reno, NV 89515
Tel: (775) 900-3343
kyle@edgertonlegal.com

*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Obdulio Heriberto Recinos Mejia, | 3:26-cv-00179-MMD-CSD |
| Plaintiff, | **Order Granting Stipulation to Extend Time for Response to Federal Respondents' Motion to Dismiss and, in the alternative, Response in Opposition to Petitioner's Second Erratum (ECF No. 19)** |
| v. | |
| Joseph Edlow, *et al.*, | |
| Defendants. | **(First Request)** |

On May 11, 2026, Defendants filed their Federal Respondents' Motion to Dismiss and, in the alternative, Opposition to Petitioner's Second Erratum (ECF No. 19). Plaintiff's responsive pleading would be due 14 days later, or on May 26, 2026, due to the upcoming federal holiday.

Over the same period of time, counsel for Plaintiff has been making final preparations for, and then conducting, a week-long jury trial in a rural Nevada jurisdiction. As a result, counsel for Plaintiff has been unable to devote the requisite time and attention to a responsive pleading. Upon his return to an ordinary workflow, he will then face an accumulation of other matters that have necessarily been set aside in recent days.

In consideration of this, the parties stipulate to extending the time for Plaintiff to respond by 10 days, or until June 5, 2026. The parties also stipulate to extending the time for Defendants to file any reply until June 19, 2026. The parties ask that the Court extend these deadlines accordingly. This is the first stipulation for extension of time to respond to this pleading.

The parties further stipulate and agree that the Court may enter a corresponding order reflecting this extension without further hearing or delay.

/s/ Kyle E. Edgerton

Kyle E. Edgerton

Counsel for Plaintiff

/s/ Nicole R. Leibow

Nicole R. Leibow

Counsel for Federal Defendants

IT IS SO ORDERED:

_____

UNITED STATES DISTRICT JUDGE

DATED: ___May 22, 2026___