TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264

RUSSELL WEBB
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-5069
Russell.Webb@usdoj.gov

*Attorneys for the Federal Respondents*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Obdulio Heriberto Recinos Mejia,<br><br>Petitioner,<br><br>v.<br><br>Joseph Edlow, *et al.*,<br><br>Respondents. | Case No. 3:26-cv-00179-MMD-CSD<br><br>**Order Granting Stipulation for Federal Respondents to Appear Remotely at the October 27, 2026, Hearing at 1:00 pm (ECF No. 27)** |

On October 1, 2026, the Court filed a Minute Order setting an in-person hearing for October 27, 2026, at 1:00 p.m. in Reno Courtroom 5 in this matter. ECF No. 27. Federal Respondents and Petitioner Obdulio Heriberto Recinos Mejia (collectively, "the parties"), through their respective undersigned counsel, request permission for Federal Respondents' undersigned counsel, AUSA Tamer Botros, to appear at the hearing remotely. Just cause is provided below.

First, undersigned counsel for the Federal Respondents is located in Las Vegas, Nevada. Second, because of office absences and undersigned AUSA's immense habeas workload, travelling from Las Vegas to Reno would impose a significant burden. The parties submit that permitting Federal Respondents' counsel to appear remotely will not hinder the hearing in any way.

For these reasons, the parties respectfully request that the Court grant this request for Federal Respondents' undersigned counsel to appear remotely at the October 27, 2026, hearing.

Respectfully submitted this 26th day of October 2026.

EDGERTON LEGAL, LLC

/s/ Kyle E. Edgerton
KYLE E. EDGERTON
info@edgertonlegal.com
*Attorney for Petitioner*

TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

/s/Russell Webb
RUSSELL WEBB
Assistant United States Attorney
*Attorneys for Federal Respondents*

**IT IS SO ORDERED:**



**U.S. District Judge**

**Dated:** October 26, 2026